1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA   94903
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiff CRAIG YATES

6

7                 UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9

10  CRAIG YATES, an individual          )    **CASE NO. CV-10-3749-** NC
11                                      )
                                        )
12         Plaintiff,                   )    **STIPULATION OF DISMISSAL AND**
                                        )    **[PROPOSED] ORDER THEREON**
13  v.                                  )
                                        )
14                                      )
    VIETNAM TOO RESTAURANT LLC, a       )
15  California Limited Liability Company dba )
16  VIETNAM TOO RESTAURANT; and         )
17  ELLIS LARKIN LLC, a California Limited )
    Liability Company,                  )
18                                      )
           Defendants.                  )
19                                      )
                                        )
20  _____ )

21         The parties, by and through their respective counsel, stipulate to dismissal of this action

22  in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the

23  Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own

24  costs and attorneys' fees.  The parties further consent to and request that the Court retain

25  jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511

26  U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of

27  settlement agreements).

28

1  Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2  their designated counsel that the above-captioned action be and hereby is dismissed with
3  prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4      This stipulation may be executed in counterparts, all of which together shall constitute
5  one original document.
6
7  Dated: January 30, 2012          THOMAS E. FRANKOVICH
                                    *A PROFESSIONAL LAW CORPORATION*
8
9                                   By:  */s/ Thomas E. Frankovich*
                                         Thomas E. Frankovich
10                                       Attorney for CRAIG YATES, an individual
11
   Dated: _____, 2012     LAW OFFICES OF TAGHE ASTANEHE
12
13
                                    By: _____
14                                      Taghe Astanehe
                                    Attorneys for VIETNAM TOO RESTAURANT
15                                  LLC, a California Limited Liability Company dba
                                    VIETNAM TOO RESTAURANT;
16
17 Dated _____, 2012       ELLIS LARKIN LLC, *In Pro Per*
18
19                                  By:_____
20                                      ELLIS LARKIN LLC,  In Pro Per
21                 **ORDER**
22      IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to
23 Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for
24 the purpose of enforcing the parties' Settlement Agreement and General Release should such
25 enforcement be necessary
26 Dated:  January 31 , 2012
27                                  _____
28                                  Nathanael M. Cousins
                                    U.S. Magistrate Judge

1        Therefore, IT IS HEREBY STIPULATED by and between parties to this action through

2   their designated counsel that the above-captioned action be and hereby is dismissed with

3   prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

4        This stipulation may be executed in counterparts, all of which together shall constitute

5   one original document.

6

7   Dated: _____, 2012         THOMAS E. FRANKOVICH

                                   *A PROFESSIONAL LAW CORPORATION*

8

9                                      By:_____

                                       Thomas E. Frankovich

10                                     Attorney for CRAIG YATES, an individual

11  Dated: 1 — 17 , 2012           LAW OFFICES OF TAGHE ASTANEHE

12

13                                     By: _____

14                                     Taghe Astanehe

                                   Attorneys for VIETNAM TOO RESTAURANT

15                                     LLC, a California Limited Liability Company dba

16                                     VIETNAM TOO RESTAURANT;

17  Dated _____, 2012        ELLIS LARKIN LLC, *In Pro Per*

18

19                                     By:_____

20                                     ELLIS LARKIN LLC,  In Pro Per

21                                **ORDER**

22       IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to

23  Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for

24  the purpose of enforcing the parties' Settlement Agreement and General Release should such

25  enforcement be necessary

26  Dated:  January 31  , 2012

27                            /s/ _____

28                            Nathanael M. Cousins

                           U.S. Magistrate Judge

1       Therefore, IT IS HEREBY STIPULATED by and between parties to this action through

2 their designated counsel that the above-captioned action be and hereby is dismissed with

3 prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

4       This stipulation may be executed in counterparts, all of which together shall constitute

5 one original document.

6

7 Dated: _____, 2012           THOMAS E. FRANKOVICH
                                    *A PROFESSIONAL LAW CORPORATION*

8

9                                   By:_____

10                                        Thomas E. Frankovich
                                  Attorney for CRAIG YATES, an individual

11

Dated: _____, 2012           LAW OFFICES OF TAGHE ASTANEHE

12

13

14                                   By: _____
                                        Taghe Astanehe

15                                     Attorneys for VIETNAM TOO RESTAURANT
                                      LLC, a California Limited Liability Company dba

16                                       VIETNAM TOO RESTAURANT;

17 Dated _1/24_____, 2012            ELLIS LARKIN LLC, *In Pro Per*

18

19                                   By:_____

20                                     ELLIS LARKIN LLC, In Pro Per

21                                  **ORDER**

22       IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to

23 Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for

24 the purpose of enforcing the parties' Settlement Agreement and General Release should such

25 enforcement be necessary

26 Dated: January 31____, 2012

27                               /s/_____

28                               Nathanael M. Cousins
                              U.S. Magistrate Judge